LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEANNIE MATTHEWS,** | ) Case No. 2:14-cv-02743-KJM-EFB |
| Plaintiff(s) | ) |
| | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| | ) |
| **THE CBE GROUP, INC.,** | ) |
| Defendant. | ) |
| | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming.

Respectfully submitted this 27th day of January, 2015.
By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 27th day of January, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Kimberly J. Mueller
United States District Court
Eastern District of California

Sean Patrick Flynn
Gordon & Rees, LLP

This 27th day of January, 2015.

<u>s/Todd M. Friedman</u>
Todd M. Friedman