1 Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
2 324 S. Beverly Dr., #725
3 Beverly Hills, CA 90212
Phone: (877) 206-4741
4 Fax: (866) 633-0228
5 tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff
6

7 **UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
8

9 **JEANNIE MATTHEWS,**                    ) Case No.  2:14-cv-02743-KGM-EFB
10                                          )
Plaintiff,                               ) **JOINT STIPULATION TO**
11                                          ) **DISMISS WITH PREJUDICE**
12      vs.                                 )
13                                          )
**THE CBE GROUP, INC.,**                 )
14                                          )
15 Defendant.                              )
                                         )
16 _____)

17      NOW COME THE PARTIES by and through their attorneys to respectfully

18 move this Honorable Court to dismiss this matter with prejudice pursuant to

19 Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own

20 costs and attorney fees.

21

22                          Respectfully submitted this 27th day of February, 2015
                                By: s/Todd M. Friedman, Esq.
23                                  TODD M. FRIEDMAN
                                   Attorney for Plaintiffs
24

25 DATED:  February 27, 2015          **GORDON & REES LLP**

26                                  By:    *s/Sean P. Flynn*
27                                     Sean P. Flynn
                                      Attorneys for Defendant
28                                     THE CBE GROUP, INC.

Stipulation to Dismiss- 1

Filed electronically on this 27th day of February, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Kimberly J. Mueller
United States District Court
Eastern District of California

SEAN P. FLYNN  (SBN:  220184)
*sflynn@gordonrees.com*
GORDON & REES LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612
Telephone:  (949) 255-6950
Facsimile:  (949) 474-2060

This 27th day of February, 2015.
s/Todd M. Friedman
TODD M. FRIEDMAN